D/F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDORA SNACKS, LLC a limited liability company of New York,<br><br>Plaintiff,<br><br>vs.<br><br>SONORA MILLS FOODS, INC., a Delaware corporation, and<br><br>POPCHIPS, INC., a Delaware corporation<br><br>Defendant. | Civil Action No.<br><br>2:11-cv-6372-SJF-ARL<br><br>**FILED**<br>IN CLERK'S OFFICE<br>US DISTRICT COURT E D N Y<br><br>★  MAY 22 2012  ★<br><br>**LONG ISLAND OFFICE** |

## NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. PR. 41(a)
## (WITHOUT PREJUDICE)

**COMES NOW,** Plaintiff, Medora Snacks, LLC ("Medora"), through its undersigned attorney, and hereby gives **NOTICE** that neither of the Defendants having served an answer or a motion for summary judgment (or a motion to dismiss the action), Plaintiff hereby voluntarily dismisses the action, without prejudice.

Respectfully submitted,

Dated: May 21, 2012

By: s/ Sanford J. Asman
Sanford J. Asman
Georgia Bar No. 026118
EDNY Bar No. SA9675
Attorney for Plaintiff
Medora Snacks, LLC

Law Office of Sanford J. Asman
570 Vinington Court
Atlanta, Georgia 30350
Phone : (770) 391-0215
Fax : (770) 668-9144
Email : sandy@asman.com

SO ORDERED

s/ Sandra J. Feuerstein
U.S.D.J.   5/22/2012

CASE CLOSED.

- 1 -